DANIEL P WALKER DOC# 268958
P.O. BOX 24403
TUCSON, AZ 85734

1 of 5

FILED LODGED
RECEIVED COPY
DEC 15 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-12-601-PHX-ROS

11/13/23

To The Honorable Judge Silver,

My name is, Daniel Walker, and I'm currently incarcerated on The Rincon Unit of The Tucson Complex in The Arizona Department of Corrections. I would like to start off with an apology for this informal correspondence, and hope that I'm not out of line, or crossing any boundaries of ethics in any way. Having read The, ORDER/JUDGMENT That is accessable on my tablet, and knowing you have invested your valuable time in trying to hold to account this institution that continues to operate in its duplicitous and malfeasant ways, I felt the need to apprise you of The lack of progress That has effected myself, as well as my families lives. I am currently in The process of, I guess you can say, accumulating multiple Eighth Ammendment rights violations, and their injustices and wrong doings, That this medical entity is guilty of, that has brought me on the cusp of bringing forth a civil suit. I am 7½ months away from discharge on a seven (7) year prison sentence, and am in fear, due to the fact That my health is deteriorating, due to the "mal-practice" That is at The core of This institution. If I may, for background purposes, I would like to familiarize you with some personal history. I'll be 55 years old on Dec. 30th. I am vested in my union, Local 154, Roofers and Waterproofers out of Brooklyn, NY. I have over 25 years of heavy construction behind me and my body, mostly my joints have been compromised. Both my parents were killed before I was 7 years old, having been subject, along with my 5 siblings and mother at the hand of my father extreme abuse, then again, once my father passed from The "family and friends" who all attempted to care for us. I inherited my fathers addictions and have spent my entire life struggling with these addictions. I share this, not for sympathy, or any kind of agenda other then to put in perspective

my frame of mind over these last five (5) years of my incarceration. As well as all these medical issues that I "suffer" from, I've also been diagnosed SMI due to, PTSD, bipolar, as well as multiple sleep and anxiety disorders. Having said all that, I'd like to apprise you of my personal situation as far as my medical condition as it is.

* ① When I was still "free", before my incarceration, I was seeing an orthopedic surgeon, and was actually scheduled to have my right hip replaced, I walked with a cane that was actually prescribed by my doctor. My un-timely incarceration thwarted my chance for that replacement. Upon coming to the ADC, I apprised the medical staff that I was in need of a hip replacement and gave them my doctors name and info for corroboration. As it were, they, medical, performed an x-ray and then later, an MRI, confirming the fact that I indeed needed my hip replaced. I was sent off site to see an orthopedic surgeon and they corroborated themselves, via, x-ray that I needed my right hip replaced. Unfortunatly, I was told that I was a high risk and they denied me the operation. I was told by the surgeons nursing staff that, I was a high risk due to the poor after care provided in ADC and that the risk of my getting an infection was high and the reputation of the surgeon was paramount. Medical at this point, issued me a wheelchair as the answer to that problem, and so it was.

* ② Being a insulin dependant, type II diabetic, with severe neuropathy in my feet and hands, as well as multiple old scars throughout my right leg, I have circulation issues. My lower extremities would become so riddled with edema, fluids in my feet and legs and having to wear ted hose, compression socks, that my body would make weep

holes out of the scars and wounds on my right calf. After multiple HNRs, Health needs Requests, I was put on a diuretic, water pill, to help with the edema. After taking that for a period of time, the edema continued to be an issue and I formed an ulcer where the "weep holes" were made by my body trying to release the pressure of the edema in my legs. Over the course of two (2) years I was sent to the hospital, mind you, only after months of allowing my right leg to get so bad and swollen that I got cellulitus as well as a Staph infection, three (3) times, the third time they (medical) waited, postponed, for so long that I went septic. I was rushed to the hospital and it could only have been God Himself who sent a radiologist/technician who proceeded in finding multiple venus (veins) and artery blockages and was finally diagnosed with a cardial vascular disease. i.e. I finally had an answer to what was continuing to escalate into something that might have killed me. Still, here I am, still awaiting another appointment, that I am continuously told "is scheduled," I have seen a vascular doctor who took more tests, then I seen a heart doctor who wanted more tests and its been six (6) months or so that I have been, again, in limbo, continuing to endure unnecessary pain and suffering. Now, if that's not enough.

※ ③ Over a year ago, I was experiencing severe pain in my left shoulder. After many months I was finally given an X-ray. That confirmed that I needed an MRI, again, after many months, on March 15th of this year I was sent out for an MRI. The results of the MRI showed that I had multiple shoulder and bicep tears of ligaments and tendons I can't pronounce.

The nurse practitioner or provider as their called, told me upon reviewing said MRI results, in his words, that my left shoulder and bicep was a "HOT MESS", his words. He told me he was going to have me "scheduled" to see an orthopedic surgeon. That was eight (8) months ago. I continue to submit HNRs and asked to be apprised of this appointment that has now been being scheduled for eight (8) months. The "provider" who initiated the MRI has been gone, word has it he quit due to the cuffs he was forced to work with. Before he left he prescribed me tylenol 3s, since then, the replacement "provider" took me off the tylenol 3s, and told me she was discontinuing the ibuprofen and regular tylenol that I been taking due to the fact that I had a job in the kitchen rolling napkins as I'm in a wheelchair and can't do anything else. Mind you, I make five (5) dollars every two (2) weeks, minus 20% for the "gate fee" that DOC deducts. I continue to endure this debilitating pain that effects my quality of life as it were being incarcerated as well as my quality of sleep which I already have problems with. Let alone, the mental anguish that plagues myself, as well as my family.

⑥ On top of all that, I have COPD that I take three (3) inhalers a day, high blood pressure, which I take medication for, cirrhosis of the liver, due to the ADC waiting too long to treat my HEP C, that I had for years, scarring of my esophagus, high cholesterol, which I take medication for, and only God knows what else.

I would like to first, thank you for your time invested and for your persuit for justice, and giving a voice for us convicts that voice otherwise falls on deaf ears, and second, would like to apologize for this lengthy summerization of one man, when I know that there are thousands of incarcerated individuals who suffer even worse worse fate then mine. I am trying to do my part in bringing to light the injustices and outright "criminal" behavior by an institution who are supposed to be charged with "our" rehabilitation. I am actually in the "settlement" phase of an ongoing suit that I have been fighting for since March of 2021. In that case, CASE NO. CV-21-00294-TUC-RCC I attempt to exercise my right to represent (DEFEND) myself PRO-PER but have been thwarted and throttled for these last two (2) years, seven (7) months, only to be bullied, and pitted against that attempt. ADC and the State, in its attempt at preventing my self representation, and manipulate the system while denying me the access, material and tools to affectively represent myself PRO-PER. Withholding any and all exculpitory evidence as well as discovery and using that, to dismiss multiple counts, where I was physically assaulted by another inmate who was permitted to have access to a part of the "Building" where he should not have been on this close custody yard. But I guess thats what they call, "water under the bridge".

Thank you again, HONORABLE JUDGE SILVER, God Bless, and God Speed!!

Respectfully
Daniel P. Walker