# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel P Walker,<br><br>        Plaintiff,<br><br>v.<br><br>Arizona Department of Corrections, et al.,<br><br>        Defendants. | **NO. CV-24-00038-TUC-RCC (P)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 17, 2025, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim. This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

Debra D. Lucas
District Court Executive/Clerk of Court

September 2, 2025

By  s/ C. Ortiz
    Deputy Clerk